UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-302-T-17CPT

CHARLES RUGGIERO

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, Section 3553(e), the United States moves this Court to grant a four-level reduction in the defendant's offense level and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance.  USSG §5K1.1.  Here, defendant Ruggiero provided truthful and timely information to the State of Florida that resulted in the conviction of another person.

The United States believes that, because of his efforts on behalf of the State of Florida, Ruggiero should receive a four-level reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                Respectfully submitted,

                MARIA CHAPA LOPEZ
                United States Attorney

By:   *s/ Lisa M. Thelwell*
       LISA M. THELWELL
       Assistant United States Attorney
       Florida Bar No. 100809
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:  (813) 274-6000
       Facsimile:  (813) 274-6358
       E-mail:      lisa.thelwell@usdoj.gov

U.S. v. Charles Ruggiero                                  Case No. 8:17-cr-302-T-17CPT

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Mark O'Brien, Esq.

*s/ Lisa M. Thelwell*
LISA M. THELWELL
Assistant United States Attorney
Florida Bar No. 100809
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail:       lisa.thelwell@usdoj.gov