# CUSTOM POLYGRAPH SERVICE
PMB 150
16057 Tampa Palms Boulevard West
Tampa, Florida 33647-2001
(813) 977-4700

Date:   September 20, 2017

TO:   Mark J. O'Brien, Esquire
      511 West Bay Street, Suite 330
      Tampa, Florida 33606

### PSYCHOPHYSIOLOGICAL DETECTION OF DECEPTION EXAMINATION

**Identifying Information and Reason for Referral:**

Subject:   **Charles Ruggiero**
Date of Birth:  9/10/80
Hernando Jail Inmate Number:  171002408

The subject listed above was referred for a psychophysiological detection of deception examination at the direction of his attorney. The purpose of this examination was to determine the subject's veracity regarding his denial of sexually molesting children. He was convicted of possession of computer child porn and had access to it while on probation but denies ever actually molesting any child. He hopes this polygraph exam will establish his truthfulness in this matter and lead to an appropriate resolution of his case.

**Procedure:**

The examination utilized a six-channel computerized forensic testing instrument (Axciton Systems, Inc. of Houston, Texas) which recorded psychophysiological responses into software designed by Axciton. The instrument records the relative changes in blood volume, strength of the pulse rate, electro dermal activity, respiratory inhalation/exhalation patterns, blood flow to the fingertip, and body movements. This data is utilized to determine tonic and phasic tracings. Prior to the test being administered, a calibrated verification of sensitivity was accomplished to determine if the subject was a suitable candidate for the forensic procedure and to determine the anxiety level of the subject.

### Intake Profile:

I met the subject at 11:00AM at the Hernando County Jail where he is incarcerated. He is a 37-year-old male who appeared his stated age and to be in good health for this exam. He was dressed in clean, inmate orange clothes appropriate to season and circumstance. He did not appear overly apprehensive regarding the examination. He presented as being alert and well orientated to person, place and time. He did not appear to be under the influence of any drug or intoxicant. He appeared to be of above average intelligence, and no deficits in attention span or concentration were noted. His comprehension of simple commands was not impaired, and he did not exhibit memory impairment relative to his behavior. Based on my observations of this subject, it is my opinion that he was a suitable candidate for a psychophysiological detection of deception examination. He misplaced his driver's license and verbally identified himself.

### Pre-Test Phase:

Mr. Ruggiero stated he has a year of college and worked in landscaping prior to his arrest. He stated that he was on probation for possession of child pornography when he was arrested again on a federal charge of access with intent to view child porn. The issue of concern is whether he has ever acted out sexually with any children. He denies this. He did say that as part of his post-conviction treatment plan for probation, he has submitted to PCSOT polygraph exams. He disclosed in those sessions that he had a 15-year-old girlfriend when he was 18, and at age 27 he kissed a 16-year-old girl. Other than these, he states he has had no sexual contact of any type with any minors.

We discussed the test questions in detail to insure his total understanding of their meaning in the broadest terms. We specifically defined the term "physical sexual contact" to mean any physical contact for the purpose of the sexual gratification of either person. He indicated he understood and maintained his complete denial of any such behavior aside from that which he has previously fully disclosed.

### In Test Phase:

During the in-test phase, the subject was asked the following relevant questions:

**Q:   Other than you disclosed, as an adult, have you had physical sexual contact with any minor?**
A:   No.
**Q:   Since your 28th birthday, have you had physical sexual contact with anyone under 18?**
A:   No.

**Analysis of Physiological Data:**

The PDD (psychophysiological detection of deception) examination was administered with the DLST (Directed Lie Screening Test).  This is an accepted control question format administered by government and law enforcement agencies.

**Analysis**:
A.   Appearance of physiological data accrued during the calibration verification of sensitivity procedure indicated inhalation/exhalation respiratory patterns consistent for analytical purposes.  The electro dermal activity was indicative of response characteristics, and the cardio tracing was within the required range for PDD.

B.   Appearance of physiological data accrued during the specific testing phase indicated there were sufficient criteria for analysis.

After a procedural review of the subject's PDD test, and based on accepted criteria for analysis, it is the opinion of this Polygraphist, that **no significant physiological responses were observed, which is usually indicative of truthfulness,** when the relevant questions were asked.


**Post Testing Phase:**

Following the scoring of his charts, I informed the subject and his attorney, that he **passed** this exam and that I found NO DECEPTION INDICATED to the relevant questions.

If you have any questions about polygraph testing in general or this exam in particular, please feel free to contact me.


Respectfully Submitted,


David P. Bryant
Certified Forensic Polygraph Examiner