## BOP-Reported COVID-19 Test Results Nationwide[1]

| Date | Number of Positive Inmates | Number of Recovered Inmates | Number of Inmate Deaths | Number of Positive Staff | Number of Recovered Staff | Number of Staff Deaths | Total BOP Cases |
|---|---|---|---|---|---|---|---|
| 3/20/2020 | 0 | | 0 | 2 | | 0 | 2 |
| 3/21/2020 | 1 | | 0 | 2 | | 0 | 3 |
| 3/22/2020 | 1 | | 0 | 2 | | 0 | 3 |
| 3/23/2020 | 3 | | 0 | 3 | | 0 | 6 |
| 3/24/2020 | 6 | | 0 | 3 | | 0 | 9 |
| 3/25/2020 | 6 | | 0 | 3 | | 0 | 9 |
| 3/26/2020 | 10 | | 0 | 8 | | 0 | 18 |
| 3/27/2020 | 14 | | 0 | 13 | | 0 | 27 |
| 3/28/2020 | 19 | | 1 | 19 | | 0 | 39 |
| 3/29/2020 | 19 | | 1 | 19 | | 0 | 39 |
| 3/30/2020 | 28 | | 1 | 24 | | 0 | 53 |
| 3/31/2020 | 29 | | 1 | 30 | | 0 | 60 |
| 4/1/2020 | 57 | | 3 | 37 | | 0 | 97 |
| 4/2/2020 | 75 | | 6 | 39 | | 0 | 120 |
| 4/3/2020 | 91 | | 7 | 50 | | 0 | 148 |
| 4/4/2020 | 120 | | 8 | 54 | | 0 | 182 |
| 4/5/2020 | 138 | | 8 | 59 | | 0 | 205 |
| 4/6/2020 | 196 | | 8 | 63 | | 0 | 267 |
| 4/7/2020 | 241 | | 8 | 72 | | 0 | 321 |
| 4/8/2020 | 272 | | 8 | 105 | | 0 | 385 |
| 4/9/2020 | 283 | 14 | 8 | 125 | 7 | 0 | 437 |
| 4/10/2020 | 318 | 15 | 9 | 163 | 8 | 0 | 513 |
| 4/11/2020 | 335 | 15 | 9 | 185 | 12 | 0 | 556 |
| 4/12/2020 | 352 | 19 | 10 | 189 | 12 | 0 | 582 |
| 4/13/2020 | 388 | 19 | 13 | 201 | 12 | 0 | 633 |
| 4/14/2020 | 446 | 20 | 14 | 248 | 13 | 0 | 741 |
| 4/15/2020 | 451 | 49 | 16 | 280 | 18 | 0 | 814 |
| 4/16/2020 | 473 | 64 | 18 | 279 | 23 | 0 | 857 |
| 4/17/2020 | 465 | 113 | 18 | 296 | 25 | 0 | 917 |
| 4/18/2020 | 479 | 145 | 21 | 305 | 26 | 0 | 976 |
| 4/19/2020 | 495 | 155 | 22 | 309 | 29 | 0 | 1010 |
| 4/20/2020 | 497 | 205 | 22 | 319 | 33 | 0 | 1076 |
| 4/21/2020 | 540 | 220 | 23 | 323 | 49 | 0 | 1155 |
| 4/22/2020 | 566 | 248 | 24 | 342 | 52 | 0 | 1232 |
| 4/23/2020 | 620 | 302 | 24 | 357 | 53 | 0 | 1356 |
| 4/24/2020 | 649 | 380 | 25 | 336 | 98 | 0 | 1488 |
| 4/25/2020 | 730 | 383 | 26 | 317 | 124 | 0 | 1580 |
| 4/26/2020 | 799 | 385 | 27 | 319 | 124 | 0 | 1654 |
| 4/27/2020 | 1046 | 390 | 28 | 330 | 124 | 0 | 1918 |
| 4/28/2020 | 1314 | 404 | 30 | 335 | 132 | 0 | 2215 |
| 4/29/2020 | 1534 | 414 | 31 | 343 | 132 | 0 | 2454 |
| 4/30/2020 | 1692 | 426 | 33 | 349 | 132 | 0 | 2632 |
| 5/1/2020 | 1842 | 509 | 36 | 343 | 146 | 0 | 2876 |
| 5/2/2020 | 1919 | 515 | 37 | 349 | 147 | 0 | 2967 |
| 5/3/2020 | 1926 | 515 | 38 | 350 | 148 | 0 | 2977 |
| 5/4/2020 | 1984 | 543 | 40 | 356 | 149 | 0 | 3072 |
| 5/5/2020 | 2066 | 561 | 41 | 359 | 149 | 0 | 3176 |
| 5/6/2020 | 2100 | 559 | 42 | 365 | 149 | 0 | 3215 |
| 5/7/2020 | 2646 | 591 | 44 | 244 | 278 | 0 | 3803 |
| 5/8/2020 | 3082 | 619 | 45 | 248 | 279 | 0 | 4273 |
| 5/9/2020 | 3330 | 624 | 46 | 250 | 279 | 0 | 4529 |
| 5/10/2020 | 3319 | 656 | 48 | 250 | 279 | 0 | 4552 |
| 5/11/2020 | 3379 | 656 | 49 | 250 | 279 | 0 | 4613 |
| 5/12/2020 | 2817 | 1288 | 50 | 279 | 279 | 0 | 4713 |
| 5/13/2020 | 2820 | 1353 | 51 | 266 | 282 | 0 | 4772 |
| 5/14/2020 | 2322 | 1809 | 52 | 272 | 284 | 0 | 4739 |
| 5/15/2020 | 2296 | 1874 | 55 | 275 | 287 | 0 | |
| 5/16/2020 | 2280 | 1950 | 56 | 283 | 287 | 0 | |
| 5/17/2020 | 2319 | 1955 | 56 | 284 | 287 | 0 | |
| 5/18/2020 | 2338 | 1971 | 57 | 196 | 375 | 0 | |
| 5/19/2020 | 2298 | 2109 | 57 | 198 | 375 | 0 | |
| 5/20/2020 | 2267 | 2177 | 58 | 188 | 389 | 0 | |
| 5/21/2020 | 1735 | 2767 | 59 | 191 | 392 | 0 | |
| 5/22/2020 | 1594 | 3047 | 59 | 194 | 394 | 0 | |
| 5/23/2020 | 1603 | 3057 | 59 | 194 | 395 | 0 | |
| 5/24/2020 | 1558 | 3144 | 59 | 186 | 403 | 0 | |
| 5/25/2020 | 1556 | 3144 | 59 | 175 | 414 | 0 | |
| 5/26/2020 | 1577 | 3180 | 64 | 181 | 413 | 0 | |
| 5/27/2020 | 1747 | 3232 | 64 | 187 | 413 | 0 | |

---

[1] Numbers obtained from www.bop.gov/coronavirus on a daily basis. There is good reason to believe that the numbers reported by the BOP understate the actual number of tested-positive cases. *Compare* M. Licon-Vitale, MCC Ward, and D. Edge, MDC Warden, *Response to EDNY Administrative Order 2020-14* (Apr. 7, 2020) at https://www.nyed.uscourts.gov/pub/bop/MDC_20200407_042057.pdf (3 positive inmates at MDC Brooklyn) *with COVID-19 Cases* Federal Bureau of Prisons (Apr. 7, 2020) *at* www.bop.gov/coronavirus (2 positive inmates at MDC Brooklyn).





COVID-19 Rate of Infection for Various Populations

| Location | Cases | Population | Infections/ 1,000 People | Infection Rate as Percent of Population |
|---|---|---|---|---|
| BOP Imprisoned Population | 5,043[2] | 148,903[3] | 33.87 | 3.3868% |
| United States | 1,698,581[4] | 329,707,773[5] | 5.15 | 0.5152% |
| China | 84,104[6] | 1,394,015,977[7] | 0.06 | 0.0060% |
| Italy | 231,139[8] | 62,402,659[9] | 3.70 | 0.3704% |

|  | BOP has an infection rate X times higher |
|---|---|
| Compared to the United States | 6.57 |
| Compared to China | 561.35 |
| Compared to Italy | 9.14 |



COVID-19 Infections per 1,000 People
- Bureau of Prisons: 33.87
- United States: 5.15
- China: 0.06
- Italy: 3.70

---

[2] Includes the number of BOP inmates who have tested positive for COVID-19, the number of BOP inmates who have recovered, and the number of BOP inmates who have died from COVID-19. Numbers obtained from www.bop.gov/coronavirus on a daily basis. There is good reason to believe that the numbers reported by the BOP understate the actual number of tested-positive cases. *Compare* M. Licon-Vitale, MCC Ward, and D. Edge, MDC Warden, *Response to EDNY Administrative Order 2020-14* (Apr. 7, 2020) *at* https://www.nyed.uscourts.gov/pub/bop/MDC_20200407_042057.pdf (3 positive inmates at MDC Brooklyn) *with* COVID-19 Cases Federal Bureau of Prisons (Apr. 7, 2020) *at* www.bop.gov/coronavirus (2 positive inmates at MDC Brooklyn).

[3] Includes the number of federal inmates in BOP-managed institutions, the number of federal inmates in community-based facilities, and the number of federal inmates who have died from COVID-19. Numbers obtained from www.bop.gov/coronavirus on a daily basis.

[4] Numbers obtained on 5/27/2020 at 8:01pm from https://coronavirus.jhu.edu/map.html

[5] Numbers obtained on 5/27/2020 at 8:03pm from https://www.census.gov/popclock/

[6] Numbers obtained on 5/27/2020 at 8:01pm from https://coronavirus.jhu.edu/map.html

[7] Numbers obtained on 5/27/2020 at 8:03pm from https://www.census.gov/popclock/

[8] Numbers obtained on 5/27/2020 at 8:01pm from https://coronavirus.jhu.edu/map.html

[9] Numbers obtained on 5/27/2020 at 8:03pm from https://www.census.gov/popclock/

## Rate of Rise of Reported COVID-19 Cases in Bureau of Prisons[10] and the United States[11], Every 3 Days



| Date | Number of BOP Cases | BOP Rate of Rise | Cumulative BOP Rate of Rise Since 3/20/2020 | Number of National Cases | U.S. Rate of Rise | Cumulative U.S. Rate of Rise Since 3/20/2020 |
|---|---|---|---|---|---|---|
| 3/20/2020 | 2 | 0.00% | 0.00% | 18,747 | | |
| 3/23/2020 | 6 | 200.00% | 200.00% | 44,183 | | |
| 3/26/2020 | 18 | 200.00% | 400.00% | 85,356 | | |
| 3/29/2020 | 39 | 116.67% | 516.67% | 140904 | | |
| 4/1/2020 | 97 | 148.72% | 665.38% | 213144 | | |
| 4/4/2020 | 182 | 87.63% | 753.01% | 304826 | 43.01% | 388.23% |
| 4/7/2020 | 321 | 76.37% | 829.39% | 395011 | 29.59% | 417.81% |
| 4/10/2020 | 513 | 59.81% | 889.20% | 492,416 | | |
| 4/13/2020 | 633 | 23.39% | 912.59% | 579,005 | | |
| 4/16/2020 | 857 | 35.39% | 947.98% | 661,712 | | |
| 4/19/2020 | 1010 | 17.85% | 965.83% | 746,625 | | |
| 4/22/2020 | 1232 | 21.98% | 987.81% | 828,441 | | |
| 4/25/2020 | 1580 | 28.25% | 1016.06% | 928,619 | | |
| 4/28/2020 | 2215 | 40.19% | 1056.25% | 981,246 | | |
| 5/1/2020 | 2876 | 29.84% | 1086.09% | 1,062,446 | | |
| 5/4/2020 | 3072 | 6.82% | 1092.91% | 1,152,372 | | |
| 5/7/2020 | 3803 | 23.80% | 1116.70% | 1,219,066 | | |
| 5/10/2020 | 4552 | 19.69% | 1136.40% | 1,300,696 | | |
| 5/13/2020 | 4772 | 4.83% | 1141.23% | 1,364,061 | | |
| 5/16/2020 | 4856 | 1.76% | 1142.99% | 1,446,196 | | |
| 5/19/2020 | 5037 | 3.73% | 1146.72% | 1,504,830 | | |
| 5/22/2020 | 5288 | 4.98% | 1151.70% | 1,571,617 | | |
| 5/25/2020 | 5348 | 1.13% | 1152.83% | 1,637,456 | 4.19% | 568.69% |



---

[10] Numbers obtained from www.bop.gov/coronavirus on a daily basis. There is good reason to believe that the numbers reported by the BOP understate the actual number of tested-positive cases. *Compare* M. Licon-Vitale, MCC Ward, and D. Edge, MDC Warden, *Response to EDNY Administrative Order 2020-14* (Apr. 7, 2020) *at* https://www.nyed.uscourts.gov/pub/bop/MDC_20200407_042057.pdf (3 positive inmates at MDC Brooklyn) *with* COVID-19 Cases Federal Bureau of Prisons (Apr. 7, 2020) *at* www.bop.gov/coronavirus (2 positive inmates at MDC Brooklyn).

[11] Numbers obtained from https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html

Number of Reported COVID-19 Cases in Bureau of Prisons[12] and the United States[13], 31 Days Since First Reported Infection



| Day of Known COVID-19 Case | BOP Date | BOP Infections | U.S. Date | U.S. Infections |
|---|---|---|---|---|
| Day 1 | 3/20/2020 | 2 | 1/22/2020 | 1 |
| Day 2 | 3/21/2020 | 3 | 1/23/2020 | 1 |
| Day 4 | 3/23/2020 | 6 | 1/25/2020 | 2 |
| Day 5 | 3/24/2020 | 9 | 1/26/2020 | 5 |
| Day 7 | 3/26/2020 | 18 | 1/28/2020 | 5 |
| Day 8 | 3/27/2020 | 27 | 1/29/2020 | 5 |
| Day 10 | 3/29/2020 | 38 | 1/31/2020 | 7 |
| Day 11 | 3/30/2020 | 52 | 2/1/2020 | 8 |
| Day 12 | 3/31/2020 | 59 | 2/2/2020 | 8 |
| Day 13 | 4/1/2020 | 94 | 2/3/2020 | 11 |
| Day 14 | 4/2/2020 | 114 | 2/4/2020 | 11 |
| Day 15 | 4/3/2020 | 141 | 2/5/2020 | 11 |
| Day 16 | 4/4/2020 | 174 | 2/6/2020 | 11 |
| Day 17 | 4/5/2020 | 197 | 2/7/2020 | 11 |
| Day 18 | 4/6/2020 | 259 | 2/8/2020 | 11 |
| Day 19 | 4/7/2020 | 313 | 2/9/2020 | 11 |
| Day 20 | 4/8/2020 | 377 | 2/10/2020 | 11 |
| Day 21 | 4/9/2020 | 437 | 2/11/2020 | 12 |
| Day 22 | 4/10/2020 | 513 | 2/12/2020 | 12 |
| Day 23 | 4/11/2020 | 556 | 2/13/2020 | 13 |
| Day 24 | 4/12/2020 | 582 | 2/14/2020 | 13 |
| Day 25 | 4/13/2020 | 633 | 2/15/2020 | 13 |
| Day 26 | 4/14/2020 | 741 | 2/16/2020 | 13 |
| Day 27 | 4/15/2020 | 814 | 2/17/2020 | 13 |
| Day 28 | 4/16/2020 | 857 | 2/18/2020 | 13 |
| Day 29 | 4/17/2020 | 917 | 2/19/2020 | 13 |
| Day 30 | 4/18/2020 | 976 | 2/20/2020 | 13 |
| Day 31 | 4/19/2020 | 1010 | 2/21/2020 | 13 |

---

[12] Numbers obtained from www.bop.gov/coronavirus on a daily basis. There is good reason to believe that the numbers reported by the BOP understate the actual number of tested-positive cases. *Compare* M. Licon-Vitale, MCC Ward, and D. Edge, MDC Warden, *Response to EDNY Administrative Order 2020-14* (Apr. 7, 2020) *at* https://www.nyed.uscourts.gov/pub/bop/MDC_20200407_042057.pdf (3 positive inmates at MDC Brooklyn) *with COVID-19 Cases* Federal Bureau of Prisons (Apr. 7, 2020) *at* www.bop.gov/coronavirus (2 positive inmates at MDC Brooklyn).

[13] Numbers obtained from https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html