## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**INMATE: RUGGIERO, Charles**
**REG. NO.: 50346-018**

This is in response to your Inmate Request to Staff Member, dated May 2, 2020, in which you request a Compassionate Release based on concerns about COVID-19. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____
Linda Geter, Warden

Date 5/15/20

BP-S148  INMATE REQUEST TO STAFF  CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| WARDEN JETER | 5-2-20 |
| FROM: | REGISTER NO.: |
| RUGGIERO, CHARLES | 50346-018 |
| WORK ASSIGNMENT: | UNIT: |
| COMPOUND PM | B-282U |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I WOULD LIKE TO BE REVIEWED FOR COMPASSIONATE RELEASE UNDER THE "CARES ACT". I HAVE A CRONIC SINUS INFECTION THAT CREATES EXCESSIVE DEBRIS IN MY LUNGS.

I WILL LIVE AT MY APPROVED ADDRESS OF 5414 BOXWOOD DR TAMPA, FL 33615 WITH MY PARENTS. PROBATION HAS APPROVED THIS ADDRESS AND I PREVIOUSLY LIVED THERE.

I WILL QUARANTIN THERE UNTIL ABLE TO WORK, AT WHICH TIME I WILL RUN MY FATHERS IRRIGATION COMPANY AS I WAS BEFORE. I AM THE ONLY EMPLOYEE. THIS JOB PAYS MY CHILD SUPPORT AND ALL MY BILLS.

(Do not write below this line)

DISPOSITION:

Signature Staff Member                Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)   This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

CHARLES RUGGIERO
#50346-018
FSL JESUP
2680 US HWY 301 S
JESUP, FL 31599

MARK OBRIEN, ESQ.
C/O CHELSEA PELLEGRINO
511 W. BAY STREET
SUITE 330
TAMPA, FL 33606

33606-270080





ATTACHMENT A                                                              JES 1330.16

## INFORMAL RESOLUTION

<u>INFORMAL RESOLUTION INSTRUCTIONS:</u> Administrative Remedy Program requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form will be used to document your efforts toward informally resolving your grievance. An inmate with a valid complaint must complete the first three sub-sections (A,B,C) below and submit this to his assigned Counselor. Only <u>ONE</u> (1) request per form.

Inmate Name: CHARLES RUGGIERO     Reg No: 50346-018     Unit: BA  BA 222

Date form issued to inmate: 5-4-2020     Date form received from inmate: 5-11-20

### Section I: Inmate Complaint/Action

A. INMATE'S COMPLAINT: MY 8th AMENDMENT HAS BEEN VIOLATED DUE TO LACK OF ABILITY TO SOCIALLY DISTANCE MYSELF DURING THE CURRENT PANDEMIC.

B. RELIEF REQUESTED: CHANGE THE TERMS OF MY CUSTODY TO HOME CONFINEMENT, UNDER THE CARES ACT / COMPASSIONATE RELEASE.

C. EFFORTS MADE TO RESOLVE THE COMPLAINT (include contacts with staff, written copouts, etc.) (can continue on back) COP OUT TO WARDEN TO BE RELEASED PER ATTORNEY GENERAL BARR'S DEMAND. (COMPASSIONATE RELEASE)

**Section II: Staff Action(s):**       Informally Resolved ( )       Unable To Resolve ( )

STAFF COMMENTS (efforts to resolve informally): _____

COUNSELOR'S SIGNATURE & DATE:  R. McGowan

UNIT MANAGER'S SIGNATURE & DATE: _____

BP-9 Issued to inmate on: _____       BP-9 Returned to staff on: _____

UNICOR FEDERAL PRISON INDUSTRIES, INC
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: RUGGIERO CHARLES H.     50346-018     B2     JESUP FSL
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

I AM REQUESTING COMPASSIONATE RELEASE UNDER THE CARES ACT DUE TO MY CHRONIC SINUS INFECTION DIAGNOSED IN 2016 BY DR. CAPRI IN TAMPA, FL. I AM A FORMER SMOKER AND HAVE HAD A LOWER RESPIRATORY INFECTION FOR 3 MONTHS.

MY RELEASE PLANS ARE AS FOLLOWS: I WILL RESIDE AT 8414 BOXWOOD DR. TAMPA, FL 33615. THIS ADDRESS HAS BEEN APPROVED BY PROBATION AND I PREVIOUSLY LIVED THERE. MY PARENTS WILL RESIDE WITH ME.

I WILL QUARANTEEN THERE UNTIL ABLE TO WORK FOR MY FATHERS IRRIGATION COMPANY, A JOB THAT PAYS ALL MY BILLS AND CHILD SUPPORT. IT WILL ALSO ALLOW ME AN ATTEMPT TO GO TO TAMPA GENERAL HOSPITAL SHOULD I CONTRACT COVID 19.

I WILL IMMEDIATELY SIGN UP FOR THE AFFORDABLE CARE ACT TO COVER MEDICAL EXPENSES

5-10-20
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE                                                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                                  CASE NUMBER: _____

                                                            CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION