BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                                   **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: 5-2-20 |
|---|---|
| WARDEN JETER | |
| FROM: RUGGIERO, CHARLES | REGISTER NO.: 50346-018 |
| WORK ASSIGNMENT: COMPOUND PM | UNIT: B-282U |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I WOULD LIKE TO BE REVIEWED FOR COMPASSIONATE RELEASE UNDER THE "CARES ACT". I HAVE A CRONIC SINUS INFECTION THAT CREATES EXCESSIVE DEBRIS IN MY LUNGS.

I WILL LIVE AT MY APPROVED ADDRESS OF 8414 BOXWOOD DR. TAMPA, FL 33615 WITH MY PARENTS. PROBATION HAS APPROVED THIS ADDRESS AND I PREVIOUSLY LIVED THERE.

I WILL QUARANTEEN THERE UNTIL ABLE TO WORK, AT WHICH TIME I WILL RUN MY FATHERS IRRIGATION COMPANY AS I WAS BEFORE. I AM THE ONLY EMPLOYEE. THIS JOB PAYS MY CHILD SUPPORT AND ALL MY BILLS.

(Do not write below this line)

DISPOSITION:

Signature Staff Member                         Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94