```
 SERA8              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      06-23-2020
PAGE 001 OF                                                              07:17:39
         FUNCTION: L-P SCOPE: REG    EQ 50346-018     OUTPUT FORMAT: FULL
 -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____   DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____       ____       ____       ____       ____       ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
       PERSON: ___       ___        ___        ___        ___        ___
         TYPE: ___       ___        ___        ___        ___        ___
EVNT FACL: EQ ____       ____       ____       ____       ____       ____
RCV FACL.: EQ ____       ____       ____       ____       ____       ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____       ____       ____       ____       ____       ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002        MORE PAGES TO FOLLOW . . .
```

```
  SERA8           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    06-23-2020
PAGE 002 OF 002 *              FULL SCREEN FORMAT                *    07:17:39


REGNO: 50346-018 NAME: RUGGIERO, CHARLES
RSP OF...: JES UNT/LOC/DST: B                    QTR.: B02-211U   RCV OFC: JES
REMEDY ID: 1020614-F1     SUB1: 13GM SUB2:       DATE RCV:   05-19-2020
UNT  RCV..:B            QTR RCV.: B02-211U       FACL RCV: JES
UNT  ORG..:B            QTR ORG.: B02-211U       FACL ORG: JES
EVT FACL.: JES    ACC LEV: JES  1                 RESP DUE:  MON  06-08-2020
ABSTRACT.: COMPASSIONATE RELEASE COVID 19
STATUS DT: 05-29-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: N EXT:   DATE ENTD: 05-19-2020
REMARKS..:




                       1 REMEDY SUBMISSION(S) SELECTED
    G0000        TRANSACTION SUCCESSFULLY COMPLETED
```