## ADMINISTRATIVE REMEDY RESPONSE

**INMATE: RUGGIERO, Charles**  **REMEDY NO.: 1020614-F1**
**REG. NO.: 50346-018**

This is in response to your Request for Administrative Remedy wherein you request a Compassionate Release/Reduction in Sentence based on the COVID-19.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

You are currently 39 years old and have a current conviction for Access with Intent to View Child Pornography which gives you a Sex Offender Public Safety Factor. You do not meet the age requirements and you have a conviction for a sex offense that makes you ineligible for a Compassionate Release/Reduction in Sentence under Sections 571.61(4)(a), (b), or (c). Furthermore, current guidance indicates your risk level of recidivism must be Minimum to be considered for Home Confinement. You have been re-assessed by your Unit Team and your Risk of Recidivism remains Medium, which make you ineligible.

Secondly, the BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence.

Based on the aforementioned, your request for relief is denied.

If you are not satisfied with this response, you may appeal on the appropriate form to the Regional Director, Southeast Regional Office, 3800 Camp Creek Parkway, S.W., Building 2000, Atlanta, Georgia, 30331-6226. Your appeal must be received in the Regional Director's Office within 20 days of the date of this response.

_____          _5/29/20_____
Linda Geter, Warden                                       Date

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: RUGGIERO CHARLES H.        50346-018        B2        JESUP FSL
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

I AM REQUESTING COMPASSIONATE RELEASE UNDER THE CARES ACT DUE TO MY CHRONIC SINUS INFECTION DIAGNOSED IN 2016 BY DR. CAPRI IN TAMPA, FL. I AM A FORMER SMOKER AND HAVE HAD A LOWER RESPIRATORY INFECTION FOR 3 MONTHS.

- MY RELEASE PLANS ARE AS FOLLOWS: I WILL RESIDE AT 8414 BOXWOOD DR. TAMPA, FL 33615. THIS ADDRESS HAS BEEN APPROVED BY PROBATION AND I PREVIOUSLY LIVED THERE. MY PARENTS WILL RESIDE WITH ME.
- I WILL QUARANTEEN THERE UNTIL ABLE TO WORK FOR MY FATHERS IRRIGATION COMPANY, A JOB THAT PAYS ALL MY BILLS AND CHILD SUPPORT. IT WILL ALSO ALLOW ME AN ATTEMPT TO GO TO TAMPA GENERAL HOSPITAL SHOULD I CONTRACT COVID 19.
- I WILL IMMEDIATELY SIGN UP FOR THE AFFORDABLE CARE ACT TO COVER MEDICAL EXPENSES.

5-10-20
DATE                                SIGNATURE OF REQUESTER

**Part B- RESPONSE**

... UNDER THE CARES ACT / COMPASSIONATE
RELEASE.

                                            unable to resolve
                                            at this level
sex offender - Med. ... Risk                T.C.

                    ... 5/14/20

DATE                                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE        CASE NUMBER: 1020614-F1

                                                       CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                        BP-229(13)
                                               APRIL 1982